MENDOZA FUR DYEING WORKS, INC., Appellant, v. STEINFUR PATENTS CORPORATION, Respondent, and HENRY G. SCHLESINGER and Others, Codefendants.—

Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the motion for discovery and inspection granted as prayed for in the order to show cause and as set forth in Schedule A annexed to the moving affidavit. No opinion. The date for the discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.